**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **Ranger Aviation Leasing, L.L.C.,**<br>*Plaintiff* | § § § § § § § § § § | |
| **v.** | | |
| **Brunner Aerospace, L.L.C. and John Brunner,**<br>*Defendants* | | **Case No. 1:25-cv-01797-ADA-SH** |

**<u>ORDER</u>**

Plaintiff Ranger Aviation Leasing, L.L.C. filed this action against Defendants Brunner Aerospace, L.L.C. and John Brunner on November 7, 2025. Dkt. 1. Service was executed on Defendants on November 17, 2025. Dkts. 5, 6. Accordingly, Defendants' answers were due by January 16, 2026. Defendants did not file timely answers or otherwise respond.

When a party fails to timely plead or defend, it may be held in default. FED. R. CIV. P. 55(a). If a defendant is in default, the Court may require the plaintiff to move for entry of default and default judgment. W.D. Tex. Loc. R. CV-55. Accordingly, **IT IS ORDERED** that Plaintiff either (a) move for entry of default against Defendants or (b) file a status report by **January 30, 2026**.

**SIGNED** on January 20, 2026.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

1